IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Susen Pearson-Ahlborg
19 Williams St
Lincoln, RI 02865

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

2017 MAR 29 A 3: 12

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

-against-

Commission of Judicial Tenure and Discipline; Glenn Sparr Esq; Alan B. Feinstein; Peter Kilmartin Esq et al.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* *See Attached*

CA 17 - 123 M

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Susan Pearson-Ahlborg
- Street Address: 19 Williams St.
- City and County: Lincoln
- State and Zip Code: RI 02865
- Telephone Number: 401-787-3321
- E-mail Address:

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Commission of Judicial
- Job or Title (if known): Tenure and Discipline
- Street Address: 250 Benefit St.
- City and County: Providence
- State and Zip Code: RI 02903
- Telephone Number: 401-222-1493
- E-mail Address (if known):

Defendant No. 2
- Name: Peter Kilmartin, Esq.
- Job or Title (if known): Acting Attorney General
- Street Address: 150 S. Main St.
- City and County: Providence, RI

2

State and Zip Code   Rhode Island, 02903
Telephone Number   401-274-4400
E-mail Address
(if known)

Defendant No. 3
   Name   Glenn Sparr, Esq
   Job or Title   Attorney
   (if known)
   Street Address   293 South Main St #2
   City and County   Providence
   State and Zip Code   Rhode Island, 02903
   Telephone Number   401-521-9100
   E-mail Address
   (if known)

Defendant No. 4
   Name   Alan B. Feinstein
   Job or Title   Former R.I. employee
   (if known)
   Street Address   24 Salt Pond RD.
   City and County   Wakefield
   State and Zip Code   Rhode Island, 02879
   Telephone Number   401-524-2020
   E-mail Address   abfpsych@yahoo.com
   (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. ~~3~~ 5

    Name     Maureen Keough, Esq
    Job or Title     Assistant A.G.
    (if known)
    Street Address     415 Washington Square
    City and County     Newport
    State and Zip Code     RI - 02840
    Telephone Number     401-274-4400
    E-mail Address
    (if known)

Defendant No. 4

    Name
    Job or Title
    (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address
    (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

 Cont'd

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US-42; 18; 8
Violation of Civil Rights; Fraud

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The claim is for damages due to the Plaintiff, by the Defendants Actions; lack of, The Commission of Judicial Tenure and Disipline, - was involved to stop a Judge who was represented by the Attorney

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff asks this court to order $6,000,000.00 in damages from the Defendants for violating the Plaintiffs Civil Rights and fraud. The claim for damages is due to diagnosis that is still ongoing. The Plaintiff asks this court to order Punitive Damages for $6,000,000.00 due to the ongoing diagnosis.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-28, 2017

Signature of Plaintiff _____
Printed Name of Plaintiff Susan Pearson (Ahlborg)

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Address                        _____
Telephone Number               _____
E-mail Address                 _____

## CONTINUATION PAGES

**The Defendant(s) - Continuation**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 5

    Name      _____

    Job or Title (if known)      _____

    Street Address      _____

    City and County      _____

    State and Zip Code      _____

    Telephone Number      _____

    E-mail Address (if known)      _____

Defendant No. 6

    Name      _____

    Job or Title (if known)      _____

    Street Address      _____

    City and County      _____

Defendant No. 7

    Name      _____

    Job or Title (if known)      _____

    Street Address      _____

    City and County      _____

    State and Zip Code      _____

    Telephone Number      _____

    E-mail Address (if known)      _____

Defendant No. 8

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

**Statement of Claim - Continuation**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Generals office of R.I. The Commission of Judicial Tenure and Discipline, had a responsibilty and obligation to no longer allow Judge Walter Stone to continue in an ongoing case with the Plaintiff as going forward, certainly would have been unethical and lawfull, as it certainly was prejudiced and a bias situation. The Commission of Judicial Tenure and discipline, knew at the time of complaint entered, Judge Walter Stone was being represented by "two attorneys" from the Attorney Generals office. The Commission did not "Remove" Judge Water Stone off

Defendant No. 8

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

**Statement of Claim - Continuation**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

the case, he was overseeing, And then sent a letter, even months later, stating they found "nothing unethical or wrong about this". The Plaintiff is entitled to the Damages stated, as the Commission failed to due their duties. This was a violation of the Plaintiffs Civil Rights, and occurred at Kent County, Warwick, RI

\* The Claim is: Violation of Civil Rights during the dates of January 2014 through May 2014. - Violation of Civil Rights

\* Glenn Sperr, Esq. - did knowingly commit fraud - or alleged fraud by having the Plaintiff meet with Alan P. Feinstein, whom was represented in court,

9

cont'd

as Mr. Feinstein being an M.D. There was never a Licence for Mr. Feinstein issued by the R.I. Dept. of Health, ever As A M.D. — This claim of (Only EMT) Fraud occurred at Kent County, Warwick, RI, during the dates of February 2014, Through May 2014. The harm caused by the Defendant was severe emotional harm for damages, and the damages are still ongoing, and the Plaintiff is entitled to the damages.

* Alan B Feinstein, told this Plaintiff he was a Licensed M.D., even presenting (The claim is FRAUD) a business card. The Defendant had been paid $2500.⁰⁰ by Judge Walter Stone, with the State of Rhode Islands - tax paying money. Alan Feinstein accepted this money, knowing Judge Walter Stone, was represented at the time by Attorny Generals office. Alan B Feinstein falsely represented himself as being a doctor of psychiatry or having any Medical license in the State of Rhode Island. He falsely accepted money from the State of R.I. A situation created by Judge Walter Stone. The claim is Fraud - Mr. Feinstein

10

acknowledges he had been paid — and payment had come from Judge Walter Stone. Mr. Feinstein wrote a report to accomodate Judge Walter Stone that after him be his defense in the Civil Matter he was representing in by the Attorney General's Office. Mr. Feinstein knew this...

This occurred, and kept occuring from February 2014, through Aug 2014. Kent County; Warwick, RI. The Claim is framed. — And the Plaintiff is entitled to damages due to damages, harm and ongoing harm. Due to the report Mr. Feinstein provided to Judge Walter Stone, I was subject to being sentenced, because a real "Licensed doctor", certainly did not go along to the "false report" Mr. Feinstein had written and provided to the court, for Judge Walter Stone. In fact, no other licensed M.D. would have put together a report of such nature, been paid by a Judge, and submitted the way it was done, to a court. Mr. Feinstein also failed to tell this Plaintiff he was a state employee. Plaintiff is entitled to the damages.

10  cont'd

* Peter Kilmartin Esq.
* The claim is Violation of Civil Rights that occurred from February 2014, through May 2014, at Kent County, Warwick RI. The Plaintiffs damages are due to the Violation of Civil Rights as a result of the Defendants representing a Judge at the time of sentencing for his client; And knowing his client, Judge Walter Stone, was denying the Plaintiff an attorney to defend her. The Defendant, Peter Kilmartin, representing his "client" Judge Walter Stone, did not take the necessary lawful steps avoiding the Plaintiff harm, by continuing to allow his client to proceed in a court of law. The Defendant, actually made his appearance, on behalf of his client, Judge Walter Stone, at a hearing on May 14, 2014, knowing and not taking action that his "client" was "preventing the Plaintiff to having Counsel Present." Mr. Kilmartin caused the damage to his Plaintiffs by witnessing what his client was doing. Mr. Kilmartin did not take the legal and necessary steps in avoiding the Violation of the Plaintiffs Civil Rights. The damages are entitled to the Plaintiffs.

10

cont'd

The harm for damages are. The claim – Again is for violation of Civil Rights. Knowingly restricting this Plaintiff from counsel in a Superior Court. The Damages are harm, and are still ongoing.

* Maureen Keough, Esq
* The claim is Violation of Civil Rights to the Plaintiff. Occurring in Kent County, Warwick RI during the dates from February 2014, through May 2014. The Defendant was very aware her Attorney generals office was representing the Judge; Judge Walter Stone, on a Civil matter. The Defendant condoned the Judge – her 'Client' for taking taxpayers money – State money and using it to abrange her case with this Plaintiff. The Defendant was vehemently gratified numerous times, while the Plaintiff was "Denied" Counsel to be present at the court hearings – she continued the proceedings with insults. Violating the Plaintiffs Civil Rights Repeatedly. The claim – Violation of Civil Rights. Damages are for the Harm created by. The damages of harm are entitled to the Plaintiff.

10

Pro-se Snyder
19 Williams St
Lincoln RI 02865

con't'd